THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAMENT BUGG, a/k/a LAMONT BUGG, Defendant-Appellant.

(No. 57293;

First District (5th Division)—February 8, 1974.

PER CURIAM.
BARRETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Steven Clark, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman, Assistant State's Attorney, of counsel), for the People.